Matter of Wickland (Commissioner of Labor) (2024 NY Slip Op 04105)

Matter of Wickland (Commissioner of Labor)

2024 NY Slip Op 04105

Decided on August 1, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 1, 2024

CV-23-1321
[*1]In the Matter of the Claim of William Wickland, Appellant. Commissioner of Labor, Respondent.

Calendar Date:June 14, 2024

Before:Clark, J.P., Aarons, Lynch, McShan and Mackey, JJ.

William Wickland, Brooklyn, appellant pro se.
Letitia James, Attorney General, New York City (Marjorie S. Leff of counsel), for respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed February 7, 2023, which ruled, among other things, that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.
Decision affirmed. No opinion.
Clark, J.P., Aarons, Lynch, McShan and Mackey, JJ., concur.
ORDERED that the decision is affirmed, without costs.